FILED
CLERK, U.S. DISTRICT COURT

FEB 17 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1
2
3
4
5
6
7            UNITED STATES DISTRICT COURT
8            CENTRAL DISTRICT OF CALIFORNIA
9

10 | UNITED STATES OF AMERICA,    )   Case No.: 09-306M
11 |            Plaintiff,         )
12 |        vs.                    )   ORDER OF DETENTION AFTER HEARING
13 |                               )   [Fed.R.Crim.P. 32.1(a)(6);
   | ALEXANDER JUAN                )    18 U.S.C. 3143(a)]
14 |        JUAREZ                 )
   |            Defendant.         )
15 |_____)

16
17
18        The defendant having been arrested in this District pursuant to
19  a warrant issued by the United States District Court for the
20  M. DOLE DIST FLORIDA for alleged violation(s) of the terms and
21  conditions of his/her [probation] [supervised release]; and
22        The Court having conducted a detention hearing pursuant to
23  Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),
24        The Court finds that:
25  A.   (X)  The defendant has not met his/her burden of establishing by
26        clear and convincing evidence that he/she is not likely to flee
27        if released under 18 U.S.C. § 3142(b) or (c). This finding is
28        based on Δ indicates he is a sentenced individual

|    |    |
|----|----|
| 1  | _____ |
| 2  | _____ |
| 3  | _____ |
| 4  | and/or |
| 5  | B.  ( )  The defendant has not met his/her burden of establishing by |
| 6  | clear and convincing evidence that he/she is not likely to pose |
| 7  | a danger to the safety of any other person or the community if |
| 8  | released under 18 U.S.C. § 3142(b) or (c).  This finding is based |
| 9  | on:_____ |
| 10 | _____ |
| 11 | _____ |
| 12 | _____ |

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 2/17/09

_____
UNITES STATES MAGISTRATE JUDGE

2